# UNITED STATES DISTRICT COURT

## Middle District of Tennessee

UNITED STATES OF AMERICA

v.

Joshua Hooper

**Judgment in a Criminal Case**

(For **Revocation** of Probation or Supervised Release)

Case No. 3:15-cr-00179-1

USM No. 24220-076

Sumter L. Camp, Jr.
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1,3,4,5,6,7 & 8   of the term of supervision.

☑ was found in violation of condition(s) count(s)   9 & 10   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of another crime | 04/04/2017 |
| 3 | Failure to notify probation w/in 72 hours of police contact | 03/14/2017 |
| 4 | Failure to report as directed & submit truthful reports | 08/07/2017 |
| 5 | Failure to participate in testing/treatment as directed | 09/05/2017 |

The defendant is sentenced as provided in pages 2 through   4   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   0184

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
Waverly, Tennessee

12/12/2017
_____
Date of Imposition of Judgment

_Waverly D. Crenshaw, Jr_
_____
Signature of Judge

Waverly D. Crenshaw, Jr., C.J.
_____
Name and Title of Judge

12/12/2017
_____
Date

DEFENDANT:  Joshua Hooper
CASE NUMBER:  3:15-cr-00179-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 6 | Failure to refrain from use of controlled substances | 08/23/2017 |
| 7 | Failure to answer truthfully and follow instructions | 07/11/2017 |
| 8 | Failure to participate in treatment and/or testing | 08/07/2017 |
| 9 | Commission of another crime | 09/05/2017 |
| 10 | Commission of another crime | 09/05/2017 |
| | | |
| VIOLATION 2 | DISMISSED | |

DEFENDANT: Joshua Hooper
CASE NUMBER: 3:15-cr-00179-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

36 months consecutive to any sentence(s) imposed for charges underlying (1) 9/5/2017 warrant issued by McEwen Police Department (aggravated assault, aggravated kidnapping and burglary, etc), and (2) 9/5/2017 warrant issued by Waverly Police Department for burglary.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be allowed to participate in the Residential Drug Abuse Treatment Program

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  Joshua Hooper
CASE NUMBER:  3:15-cr-00179-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

NO FURTHER SUPERVISED RELEASE AFTER COMPLETION OF SENTENCE

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.